ROB HENNIG (STATE BAR NO. 174646)
SEREENA SINGH (STATE BAR NO. 276781)
SAM BROWN (STATE BAR NO. 308558)
HENNIG, RUIZ & SINGH P.C.
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301
Fax: (213) 310-8302

Attorneys for A. H. by and through her Guardian *Ad Litem* Carolyne Copeland and Carolyne Copeland

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A. H., a minor, by and through her Guardian *Ad Litem*, Carolyne Copeland, an individual and CAROLYNE COPELAND, an individual,<br><br>Plaintiff;<br><br>vs.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT, a public entity; CORONA DEL MAR HIGH SCHOOL, a public entity; JENNIFER GERJETS, an individual sued in her personal capacity, MICHELLE STEVENS, an individual sued in her personal capacity; KIRK BAUERMEISTER, an individual sued in his personal capacity, and FREDERICK NAVARRO, an individual sued in his official capacity as Superintendent of Newport-Mesa Unified School District.<br><br>Defendants. | CASE NO. 8:20-cv-00121-DOC-ADS<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE CASE** |

NOTICE IS HEREBY GIVEN:

In accordance with L.R. 16-15.7 and the Magistrate's Order, Plaintiffs A. H. (by and through her guardian ad litem Carolyne Copeland) and CAROLYNE COPELAND (hereinafter referred to as "Plaintiffs") and Defendants NEWPORT MESA UNIFIED SCHOOL DISTRICT, CORONA DEL MAR HIGH SCHOOL, KIRK BAUERMEISTER, MICHELLE STEVENS, JENNIFER GERJETS, and FREDERICK NAVARRO, (collectively herein after as "Defendants"), (collectively "the parties"), have entered into a settlement of the above-referenced matter as follows:

    The parties reached a settlement of this matter and have agreed to resolve all of the claims in the above-entitled matter, subject to the Court's approval. Plaintiffs will file a petition for minor's compromise fourteen days after the execution of the settlement agreement by all parties.

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.

Dated: December 23, 2020            HENNIG, RUIZ & SINGH

           By  ___/s/_____
             ROB HENNIG
             SEREENA SINGH
             SAM BROWN
             Attorneys for Plaintiffs
             A.H. and Carolyne Copeland

Dated:  December 23, 2020            Meyers Fozi & Dwork, LLP

           By  _____/s/_____
             Daniel S. Modafferi
             Attorneys for Defendants