Neal S. Meyers (Cal. Bar No. 109625)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
1808 Aston Avenue, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  nmeyers@meyersfozi.com
        dmodafferi@meyersfozi.com

Attorneys for Defendants,
Newport-Mesa Unified District (also erroneously sued as Corona del Mar High School), Jennifer Gerjets, Michelle Stevens, Kirk Bauermeister, and Frederick Navarro

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| A.H.; and CAROLYNE COPELAND, Plaintiffs, v. NEWPORT-MESA UNIFIED SCHOOL DISTRICT; CORONA DEL MAR HIGH SCHOOL; JENNIFER GERJETS; MICHELLE STEVENS; KIRK BAUERMEISTER; and FREDERICK NAVARRO, Defendants. | Case No.:  8:20-cv-00121-JWH-ADS<br>Assigned to: Hon. John W. Holcomb<br><br>**DEFENDANTS NEWPORT-MESA UNIFIED SCHOOL DISTRICT, JENNIFER GERJETS, MICHELLE STEVENS, KIRK BAUERMEISTER, AND FREDERICK NAVARRO'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S PETITION TO APPROVE MINOR'S COMPROMISE OF DISPUTED CLAIM**<br><br>[Local Civil Rule 17-1.2]<br><br>Case Filed: January 20, 2020<br>Trial Date: June 15, 2021 |
|---|---|

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Newport-Mesa Unified School District ("NMUSD" or "District") (also erroneously sued as Corona del Mar High School), Jennifer Gerjets, Michelle Stevens, Kirk Bauermeister, and Frederick Navarro do not oppose the petition (ECF No. 55) of plaintiff A.H., for an order,

1

1 | pursuant to Local Civil Rule 17-1.2, approving the compromise of the disputed claims
2 | herein, on behalf of the minor plaintiff.

3 | Dated: February 3, 2021          Meyers Fozi & Dwork, LLP

By: /s/ Daniel S. Modafferi
Neal S. Meyers
Daniel S. Modafferi
Attorneys for Defendants,
Newport-Mesa Unified School District
(also erroneously sued as Corona del
Mar High School), Jennifer Gerjets,
Michelle Stevens, Kirk Bauermeister,
and Frederick Navarro

8:20-cv-00121-JWH-ADS